# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

_Carlos D. Valle, Jr._

CASE/CITATION NO. _2:13MJ00348-AC_

**ORDER TO PAY**

SOCIAL SECURITY #: ~~_____~~
DATE OF BIRTH: ~~_____~~
DRIVER'S LICENSE #: ~~_____~~
ADDRESS: ~~_____~~
CITY    STATE    ZIP CODE

**FILED**
JAN 1 3 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: x _1/13/14_    x _____
                        DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

(X) Fine: $ _300.00_ and a penalty assessment of $ _10.00_ for a TOTAL AMOUNT OF: $ _310.00_ within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _7/14/14_ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

| CENTRAL VIOLATIONS BUREAU | CLERK, USDC | **CLERK, USDC** |
| PO BOX 70939 | 2500 TULARE ST., RM. 1501 | **501 I STREET, STE. 4-200** |
| CHARLOTTE, NC 28272-0939 | FRESNO, CA 93721-1322 | **SACRAMENTO, CA 95814-2322** |

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: _1/13/2014_    _/AC/_ _____
                        U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                              EDCA-3